No. 83–5964. SCHLICHER *v.* ROCHE ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–5968. GREENE *v.* GREENE. Sup. Ct. Conn. Certiorari denied.

No. 83–5969. JACKSON *v.* MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5970. HENDRIX *v.* DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 83–5975. SENTI *v.* SHARMA ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 83–5976. PERKINS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 83–5978. SMITH *v.* CAMERON. C. A. 6th Cir. Certiorari denied.

No. 83–5979. SIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5983. RICE *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 83–5984. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5986. HORNSBY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5988. CIUZIO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83–5989. KENNEDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5990. BORI *v.* TRUSTEES OF COLUMBIA UNIVERSITY. Ct. App. N. Y. Certiorari denied.

No. 83–5991. CROXTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.